UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUADA MEHIC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-12934-IT |
| | * | |
| DANA-FARBER CANCER INSTITUTE, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 7, 2016

TALWANI, D.J.

Before the court is Plaintiff Sauda Mehic's <u>Motion for Leave to File First Amended Complaint for Damages</u> [#38]. Plaintiff, now represented by counsel, seeks to replace her pro se complaint. The proposed amended complaint sets out Plaintiff's original allegations in distinct paragraphs, adds defendants, and sets forth additional claims. Defendant Dana-Farber Cancer Institute and proposed Defendants Melissa Chammas and Linda Sweeney do not attack the entirety of the proposed amended complaint, but do oppose the "majority" of it. Opp'n to Pl.'s Mot. Leave to File First Am. Compl. [#42].

Plaintiff's motion is ALLOWED. Before filing, Plaintiff may omit from her proposed amended complaint any causes of action (in their entirety or as to particular Defendants) that Plaintiff no longer seeks to assert after careful review of Defendants' opposition to the motion to amend.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge